**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | Category No. __II__ | Investigating Agency __DEA__ |
| **City** __Boston__ | **Related Case Information:** | |
| **County** __Suffolk__ | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant __X__ | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number __see below__ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name  __Zhendi Wang__    Juvenile:  ☐ Yes  ☒ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☒ No

Alias Name _____

Address  (City & State)  __Wuhan, China__

Birth date (Yr only): __1979__   SSN (last4#): _____   Sex __M__   Race: __Asian__   Nationality: __Chinese__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA  __Lindsey Weinstein__   Bar Number if applicable  __676933__

**Interpreter:**  ☒ Yes  ☐ No   List language and/or dialect:  __Chinese__

**Victims:**  ☐ Yes  ☒ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  08/02/2023   Signature of AUSA:  *Lindsey E. Weinstein*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Zhendi Wang

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | money laundering conspiracy | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   22-6098- and 6099-MPK; 23-6008, 6009, 6010-MPK; 23-6300, 6301, 6302-MPK;

23-8132-PGL; 23-6190-MPK

23-MJ-7324, 7325, 7326, 7327, 7328-JCB