AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Zhendi Wang<br><br>*Defendant* | ) ) ) ) ) ) )  Case No.  23-MJ-7350-JCB |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Zhendi Wang                                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1956(h), money laundering conspiracy


Date:  1:13 AM, Aug 2, 2023

*Issuing officer's signature*

City and state:   Boston, Massachusetts

Hon. Jennifer C. Boal, US Magistrate Judge
*Printed name and title*

---

**Return**

| | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |

Date: _____

*Arresting officer's signature*

*Printed name and title*